**VALLE MAKOFF LLP**
JEFFREY B. VALLE (State Bar No. 110060)
  jvalle@vallemakoff.com
NURITSA S. KSACHIKYAN (State Bar No. 221929)
  nksachikyan@vallemakoff.com
11777 San Vicente Blvd., Suite 890
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:  (310) 476-0333

Attorneys for Defendants
Evolve Media, LLC and TotallyHer Media, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GLEN WEXLER STUDIO, INC., a corporation,<br><br>            Plaintiff,<br><br>v.<br><br>EVOLVE MEDIA, LLC, a California limited liability company, EVOLVE MEDIA HOLDINGS, LLC, a California limited liability company, TOTALLYHER MEDIA, LLC, a California limited liability company, and John Does No. 1 through 10, individuals<br><br>            Defendants. | Case No. 2:23-cv-00489-CBM-JCx<br><br>Hon. Consuelo B. Marshall<br><br>**ORDER FOR DISMISSAL OR JUDGMENT PURSUANT TO FRCP RULE 68  [27]  [JS-6]**<br><br>Complaint Filed:  January 23, 2023<br>FAC Filed:  April 10, 2023 |

**ORDER**

Good Cause appearing therefore, it is ordered that:

1. Defendants shall pay to Plaintiff the amount of $9,999 on or before June 15, 2023;
2. The parties shall notify the Court on or before June 22, 2023 if the payment has been made and, if payment has been made, Plaintiff shall file a dismissal with prejudice of this action;
3. If the payment has not been made on or before June 15, 2023, pursuant to FRCP Rule 68, judgment shall be entered in favor of Plaintiff and against Defendants awarding the total sum of $9,999, which shall include all monetary liability owed to Plaintiff by Defendants, including statutory damages, costs and attorneys' fees now accrued or otherwise recoverable in this action.

**IT IS SO ORDERED.**

Date: JUNE 7, 2023         HON. CONSUELO B. MARSHALL
                           UNITED STATES DISTRICT JUDGE